**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-6141

———————————

LARRY LAMONT BUSH,

Plaintiff - Appellant,

versus

ELLSWORTH JONES, Det. 4444; TIM HOLEVAS,
Ofcr/Det #1041,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
02263-01-AMD)

———————————

Submitted: May 28, 2004                    Decided: July 9, 2004

———————————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larry Lamont Bush, Appellant Pro Se. Barbara McFaul Cook, County
Solicitor, Louis Paul Ruzzi, Carol Saffran-Brinks, COUNTY
SOLICITOR'S OFFICE, Ellicott City, Maryland, Andrew Jensen Murray,
ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bush v. Jones, No. CA-03-02263-01-AMD (D. Md. filed Jan. 5, 2004, entered Jan. 6, 2004). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED